**REGATTA BAY LIMITED, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 06–5061.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

Rehearing and Rehearing En Banc Denied Feb. 14, 2007.

RADER, and DYK, Circuit Judges, WHYTE, District Judge.*

* Honorable Ronald M. Whyte, District Judge, United States District Court for the Northern District of California, sitting by designation.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.